UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------------------

Re:   STEVEN W HAUGEN
      CARISSA M. HAUGEN             BKY 19-60054-MER
         Debtor(s)                     Chapter 13 case

------------------------------------------

TRUSTEE'S NOTICE OF FINAL CURE PAYMENT
CLAIM HOLDER: HOME POINT FINANCIAL

    Kyle L Carlson, Chapter 13 Trustee, for his Notice of Final Cure Payment, states as follows:

    1.     The debtor has completed all payments under the plan and has paid in full the amount required to cure the default under the claim holder's claim, in accordance with the terms of the confirmed chapter 13 plan.

    2.     This notice is being provided in compliance with FED. R. BANKR. P. 3002.1(f), to claimants whose claims are secured by a security interest in the debtor's principal residence and whose claims are provided for under 11 U.S.C. § 1322(b)(5).

    3.     NOTICE OF OBLIGATION TO FILE AND SERVE A RESPONSE:

**THE CLAIMANT HAS AN OBLIGATION UNDER THIS RULE TO FILE AND SERVE A RESPONSE TO THIS NOTICE. THE NOTICE MUST BE FILED WITH THE BANKRUPTCY COURT AND SERVED ON THE DEBTOR, THE DEBTOR'S COUNSEL, AND THE TRUSTEE, NOT LATER THAN 21 DAYS AFTER SERVICE OF THIS NOTICE. FED. R. BANKR. P. 3002.1(g) SETS FORTH THE SPECIFICS GOVERNING THE CLAIMANT'S RESPONSE.**

                                            /e/  Kyle L Carlson
                                            Kyle L Carlson, Chapter 13 Trustee
                                            PO Box 519
                                            Barnesville, MN  56514
                                            (218)354-7356

CERTIFICATE OF SERVICE

      I, Karen Johnson, employed by Kyle L Carlson, Chapter 13 Trustee, declare under penalty of perjury, that on February 27, 2020 I served a copy of this notice on the individual(s) named below, in the manner described.

Date:   2/27/2020                                      /e/ Karen Johnson

VIA CM/ECF:

JAMES D. SANDSMARK
ATTORNEY FOR DEBTORS

US TRUSTEE

VIA FIRST CLASS U.S. MAIL, POSTAGE PREPAID:

HOME POINT FINANCIAL
C/O ORIN J. KIPP
WILFORD, GESKE & COOK P.A.
7616 CURREL BLVD, SUITE 200
WOODBURY, MN 55125

STEVEN W and CARISSA M. HAUGEN
1019 17TH ST S
MOORHEAD, MN 56560